the United States is affirmed. 18 U.S.C. § 871.

The defendant, incarcerated at Lompoc, California, did not have much capacity to carry out his threat, but the threat is the crime.

The defense was that defendant did not have the requisite intent for the crime. That was a question of fact which he lost.

**PER CURIAM:**

The plaintiff-appellant sought an injunction and damages for the alleged breach of the non-competitive provisions of an employment contract. After a full hearing on the issues presented, the district court decided that the plaintiff was not entitled to any relief and entered judgment for the defendants and dismissed the complaint. We are in agreement with the decision of the district court. W. R. Grace & Company v. Savoie, 322 F.Supp. 790 (E.D.La. 1970).

Judgment affirmed.

---

**W. R. GRACE & COMPANY, Plaintiff-Appellant,**

v.

**Claude J. SAVOIE, Arthur M. Hayes, and Gemini Industries, Inc., Defendants-Appellees.**

**No. 30386.**

United States Court of Appeals, Fifth Circuit.

Feb. 11, 1971.

C. Dale Stout, Kullman, Lang, Keenan, Inman & Bee, New Orleans, La., for appellant.

Jerry C. Paradis, Baldwin, Haspel, Molony, Rainold, & Meyer, New Orleans, La., for appellees.

Before CLARK, Associate Justice *, and GEWIN and RONEY, Circuit Judges.

---

**Lawrence E. INGRAM, Appellant,**

v.

**R. J. GAFFNEY, Warden, Kansas State Penitentiary, Lansing, Kansas, Appellee.**

**No. 504–70.**

United States Court of Appeals, Tenth Circuit.

Jan. 14, 1971.

Kent Frizzell, Atty. Gen., filed a Motion to Affirm on behalf of appellee.

Appellant filed a memorandum in opposition to summary affirmance pro se.

Before LEWIS, Chief Judge, and BREITENSTEIN and McWILLIAMS, Circuit Judges.

* Associate Justice United States Supreme Court (Ret.), sitting by designation.